Form defdso13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:
Barbara M. Ayers
2163 Red Oak Drive
Round Lake, IL 60073
SSN: xxx–xx–9775 EIN: N.A.
aka Barbara Mezyk

Reggie L. Ayers
2163 Red Oak Drive
Round Lake, IL 60073
SSN: xxx–xx–2536 EIN: N.A.

Case No. : 13–11146
Chapter : 13
Judge : A. Benjamin Goldgar

### NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES OF REQUIRED DOCUMENT FOR DISCHARGE

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: June 1, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:
Barbara M. Ayers
Reggie L. Ayers
       Debtors

Case No. 13-11146-ABG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: cgreen     Page 1 of 1     Date Rcvd: Jun 01, 2018
                        Form ID: defdso13    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2018.
db/jdb      +Barbara M. Ayers,   Reggie L. Ayers,   2163 Red Oak Drive,   Round Lake, IL 60073-9550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2018 at the address(es) listed below:
        Andrew J Nelson   on behalf of Creditor   Wells Fargo Bank, N.A. anelson@atty-pierce.com,
         northerndistrict@atty-pierce.com
        Dana N O'Brien   on behalf of Creditor   Wells Fargo Bank, N.A. dana.obrien@mccalla.com,
         NDistrict@mccalla.com
        Darren L Besic   on behalf of Defendant   BMO HARRIS BANK, N.A. dbesic@walinskilaw.com,
         notice@walinskilaw.com
        David M Siegel   on behalf of Debtor 1 Barbara M. Ayers davidsiegelbk@gmail.com,
         author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
        David M Siegel   on behalf of Plaintiff Barbara  Ayers davidsiegelbk@gmail.com,
         author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
        David M Siegel   on behalf of Debtor 2 Reggie L. Ayers davidsiegelbk@gmail.com,
         author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
        David M Siegel   on behalf of Plaintiff Reggie  Ayers davidsiegelbk@gmail.com,
         author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
        Glenn B Stearns   mcguckin_m@lisle13.com
        Glenn B Stearns   on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
        Maria  Georgopoulos   on behalf of Creditor   PNC Mortgage nd-three@il.cslegal.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                        TOTAL: 11